*E-FILED - 11/10/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> CALIFORNIA DEPARTMENT OF ) <br> CORRECTIONS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 08-4580 RMW (PR) <br> <br> ORDER GRANTING <br> DEFENDANTS' MOTION TO <br> TRANSFER |

Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against employees of Mule Creek State Prison ("MCSP"). Defendants have filed a motion to dismiss, or in the alternative, transfer due to improper venue. Plaintiff has not filed an opposition. For the reasons state below, the court GRANTS defendants' motion and this action is TRANSFERRED to the Eastern District of California.

Plaintiff's complaint alleges that employees of MCSP failed to protect him, in violation of the Eighth Amendment, when he made his claims known that if he were to be transferred to Salinas Valley State Prison ("SVSP"), his life would be in danger. These acts complained of occurred at MCSP, and all defendants are located at MCSP. MCSP is located in Ione, which lies within the venue of the Eastern District of California.

Therefore, venue for the plaintiff's claims properly lies in the Eastern District, not in the

Order Granting Defendants' Motion to Transfer
P:\PRO-SE\SJ.Rmw\CR.08\Tufono580trans.wpd

1 | Northern District.  See 28 U.S.C. § 1391(b).  Where a case is in the wrong venue, the district
2 | court has the discretion either to dismiss the case or transfer it to the proper federal court "in the
3 | interest of justice."  See 28 U.S.C. § 1406(a).  In the interests of justice, this case will be
4 | transferred to the United States District Court for the Eastern District of California.

5 |      This order terminates docket no. 22.

6 |      IT IS SO ORDERED.

7 | DATED: __11/6/09__

8 | RONALD M. WHYTE
United States District Judge